**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| DirectBuy Holdings, Inc. | : | Case No. 16-12435 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

　　　　Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.　　**The Bank of New York Mellon Trust Company, N.A.**, Attn: Donna Parisi, 6525 West Campus Oval Road, Suite 200, New Albany, Ohio 43054, Phone: 614-775-5279; Fax: 614-775-5636

2.　　**MasterBrand Cabinets, Inc.**, Attn: Mark Warnsman, One MasterBrand Cabinets Drive, P.O. Box 420, Jasper, IN 47547, Phone 812-481-7817, Fax: 812-634-2188

3.　　**Armstrong Flooring, Inc.,** Attn: Robert Miller, 2500 Columbia Avenue, Building 701, Lancaster, PA 17603, Phone: 717-672-7724, Fax: 717-672-7348

4.　　**Atlanta Direct, LLC**, Attn: Dave Wassmer, 5545 Bald Ridge Circle, Cumming, GA 30041, Phone: 678-451-9287

5.　　**Buying Power United, LLC**, Attn: Neil Morris, 429 Taylor Avenue, Newtown, PA 18940, Phone: 215-359-5400

　　　　　　　　　　　　　　　　　　　　　ANDREW R. VARA
　　　　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region 3

　　　　　　　　　　　　　　　　　　　　　 /s/ Julie M. Sarkessian for
　　　　　　　　　　　　　　　　　　　　　T. PATRICK TINKER
　　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES TRUSTEE

DATED: November 15, 2016

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Marion Quirk, Esq., Phone: (302) 652-3131, Fax: (302) 652-3117