IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
DIRECTBUY HOLDINGS, INC., *et al.*,[1]              : Case No. 16-12435 (CSS)
                                                    :
            Debtors.                                : Jointly Administered
                                                    :
---------------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtors' equity security holders. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in these chapter 11 cases.

| Name and Address of Debtor | Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Shares Held |
|---|---|---|---|
| DirectBuy Holdings, Inc. | Bayside DirectBuy, LLC<br>Attn: Sean Britain<br>[sbritain@bayside.com] | Common Stock | 694,131 |
| DirectBuy Holdings, Inc. | Pennant Park Investment Corporation<br>Attn: Whit Williams<br>[Williams@pennantpark.com] | Common Stock | 104,719 |
| DirectBuy Holdings, Inc. | Solar Capital, Ltd.<br>Attn: Edan Yacobovsky<br>[yacobovsky@solarcapltd.com] | Common Stock | 76,999 |
| DirectBuy Holdings, Inc. | Nomura<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 26,334 |
| DirectBuy Holdings, Inc. | TD Asset Management<br>Attn: Nadine Hillier and Yvonne Payne<br>[Nadine_hillier@cibcmellon.com and Yvonne.payne@tdam.com] | Common Stock | 24,640 |
| DirectBuy Holdings, Inc. | J.P. Morgan Securities | Common Stock | 14,337 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: DirectBuy Holdings, Inc. (3621); United Consumers Club, Incorporated (6335); DirectBuy, Inc. (5059); Beta Finance Company, Inc. (8776); UCC Distribution, Inc. (6010); U.C.C. Trading Corporation (4388); National Management Corporation (8765); and UCC of Canada, Inc. (6435). The address of the Debtors' corporate headquarters is 8450 Broadway, Merrillville, IN 46410.

54797/0001-13792929v1

| Name and Address of Debtor | Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Shares Held |
|---|---|---|---|
| | Attn: Jeffrey L. Panzo [Jeffrey.l.panzo@jpmorgan.com] | | |
| DirectBuy Holdings, Inc. | Kramer Capital Management and NE Securities Attn: M. Kenny [mkenny@nesec.com and shu@kramercapitalmanagement.com] | Common Stock | 12,090 |
| DirectBuy Holdings, Inc. | Stichting Pension funds Metaal en Techniek-Nomura Attn: Joshua Givelber [Joshua.givelber@nomura.com] | Common Stock | 6,930 |
| DirectBuy Holdings, Inc. | RBS Securities Inc. Attn: Matthew Nelson and Dale Stohr [matthew.nelson@rbs.com and dale.stohr@rbs.com] | Common Stock | 6,757 |
| DirectBuy Holdings, Inc. | California Public Employees' Retirement System-Nomura Attn: Joshua Givelber [Joshua.givelber@nomura.com] | Common Stock | 5,621 |
| DirectBuy Holdings, Inc. | High Yield Corporate Bond Open Mother Fund Attn: Joshua Givelber [Joshua.givelber@nomura.com] | Common Stock | 4,851 |
| DirectBuy Holdings, Inc. | Silver Rock Financial Attn: CT Hurnher [cthurnher@silver-rockllc.com] | Common Stock | 4,210 |
| DirectBuy Holdings, Inc. | General Motors Hourly-Rate Employees Pension Trust Attn: Joshua Givelber [Joshua.givelber@nomura.com] | Common Stock | 3,080 |
| DirectBuy Holdings, Inc. | Louisiana State Employees' Retirement System Attn: Joshua Givelber [Joshua.givelber@nomura.com] | Common Stock | 2,926 |

54797/0001-13792929v1

| Name and Address of Debtor | Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Shares Held |
|---|---|---|---|
| DirectBuy Holdings, Inc. | The General Motors Canadian Hourly-Rate Employees Pension Plan<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 2,314 |
| DirectBuy Holdings, Inc. | The Regents of the University of California<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 2,310 |
| DirectBuy Holdings, Inc. | Pershing LLC FBO<br>One Pershing Plaza<br>Jersey City, NJ 07399<br><br>Mary E. Gallagher IRA — 169<br>Tod Levitt IRA R/O — 123<br>Ellen S. Rosenwasser IRA — 123<br>Susan Schneider IRA — 92<br>Jeanne Ragano-Lupo IRA — 77<br>Donald Orofino IRA — 77<br>Frances Gammon IRA — 77<br>Mary L. Maiuri IRA — 77<br>Jerome Schnitzer IRA — 77<br>Neil Egleston IRA/SEP — 71<br>Albert J. Nahal IRA R/O — 62<br>Joan Himmel IRA — 62<br>David Johnson IRA — 46<br>Thalia Tsouros IRA — 31<br>Carol A. Campa IRA — 154<br>Jerrold Rosenblum — 308 | Common Stock | 1,626 |
| DirectBuy Holdings, Inc. | Montgomery County Employees' Retirement System<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 1,093 |
| DirectBuy Holdings, Inc. | Barclays Multi-Manager Fund PLC<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 1,078 |

| Name and Address of Debtor | Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Shares Held |
|---|---|---|---|
| DirectBuy Holdings, Inc. | L-3 Communications Corporation Master Trust<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 924 |
| DirectBuy Holdings, Inc. | Stichting Pensioenfonds Hoogovens<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 924 |
| DirectBuy Holdings, Inc. | State of New Jersey Common Pension Fund B<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 693 |
| DirectBuy Holdings, Inc. | The General Motors Canadian Retirement Program for Salaried Employees<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 612 |
| DirectBuy Holdings, Inc. | Sagittarius Fund<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 462 |
| DirectBuy Holdings, Inc. | Berman Capital (Catherine Desegonzac Shainberg)<br>Attn: Kelly Downs<br>[kelly.downs@bermancapitaladv.com] | Common Stock | 185 |
| DirectBuy Holdings, Inc. | ASTRO Trust Series-Nomura High Yield Bond Fund<br>Attn: Joshua Givelber<br>[Joshua.givelber@nomura.com] | Common Stock | 154 |

54797/0001-13792929v1

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtors in the above-captioned cases, declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated: November 14, 2016
       Wilmington, Delaware

_____
Name: Michael P. Bornhorst
Title: Authorized Officer

54797/0001-13792929v1